

FILED
July 13, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

Cause No. 03-14-00512-CR

**CRAE ROBERT PEASE**
Appellant

v.

**THE STATE OF TEXAS**
Appellee

**APPELLANT'S MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF**

**TO THE HONORABLE COURT OF APPEALS:**

Crae Robert Pease, Appellant, moves this Court to grant an extension of time to file Appellant's Brief, and respectfully states:

1.   Appellant's Brief was due on June 17, 2015, however, the record wasn't complete, and a Supplemental Clerk's record was filed in this court on June 3, 2015.

2.   Appellant seeks a thirty day extension of time to file Appellant's Brief from today's date , which would make Appellant's Brief due on or before August 13, 2015.

3.   This extension of time is necessary because the issue is very complicated and requires a great deal of time to throughly examine the records and transcript and study the defenses.

4.   This is the first extension of time Appellant has sought for the filing his brief.



RECEIVED
JUL 1 3 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

For these reason, Crae Robert Pease requests that this court render an order

extending the time for filing Appellant's Brief to and including August 13, 2015.

_____
Crae Robert Pease
6715 Skynook Drive
Austin, Texas 78745

## CERTIFICATE OF CONFERENCE

On July 13, 2015, an attempt was made to confer with William Swaim, attorney for Appellee, in order to confer as to the extension but was unable to reach Mr. Swaim.

_____
Crae Robert Pease

## CERTIFICATE OF SERVICE

On July 13, 2015, a copy of the attached motion for extension of time was sent by U. S. Postal Service to:

William Swaim
Travis County Attorney's Office
P. O. Box 1748
Austin, Texas 78767

_____